■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL DEFREITAS, Appellant. [691 NYS2d 785] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, an opinion and order of this Court dated August 14, 1995 (People v De-Freitas, 213 AD2d 96), affirming a judgment of the County Court, Nassau County, rendered June 9, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Mangano, P. J., Bracken, Ritter and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVIE DEMOLINA, Appellant. [691 NYS2d 320] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Mullen, J.), rendered October 31, 1996, convicting her of murder in the second degree (two counts), burglary in the first degree, and robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence, the law, and the circumstances together as of the time of representation, we find that the defendant received the effective assistance of counsel (see, People v Baldi, 54 NY2d 137; People v Goss, 229 AD2d 791; People v Badia, 159 AD2d 577; People v Ghee, 153 AD2d 954).

Moreover, the defendant's sentence was not excessive (see, People v Suitte, 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. S. Miller, J. P., Joy, Goldstein and Schmidt, JJ., concur.